UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| LIONEL NIMA NGAPEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CMG MORTGAGE INC.; RESURGENT ) <br> CAPITAL SERVICES; U.S. BANK ) <br> NATIONAL ASSOCIATION d/b/a ) <br> ELAN FINANCIAL SERVICES; CROSS ) <br> RIVER BANK; MARLETTE FUNDING ) <br> LLC d/b/a BEST EGG; EQUIFAX INC; ) <br> EXPERIAN INF. SOLUTIONS; and ) <br> TRANS UNION; ) <br> ) <br> Defendants. ) | Case No.: |

**TRANS UNION, LLC'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the State of Maine, Cumberland County District Court, Portland, to the United States District Court, District of Maine (Portland), on the following grounds:

1.      Plaintiff Lionel Nima Ngapey served Trans Union on or about December 18, 2023, with a Summons, Notice Regarding Electronic Service, Acknowledgement of Receipt of Summons and Complaint or Post-Judgment Motion, and a Complaint filed in the State of Maine, Cumberland County District Court, Portland.  Copies of the Summons, Notice Regarding Electronic Service, Acknowledgement of Receipt of Summons and Complaint or Post-Judgment Motion, and Complaint are attached hereto, redacted pursuant to Federal Rule of Civil Procedure 5.2, as **Exhibit A**, **Exhibit B, Exhibit C**, and **Exhibit D** respectively.

2. Plaintiff makes claims under, alleges that Defendants violated and alleges that Defendants are liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA"). See Complaint pp. 4, 7, 12, 15, 22, & 23.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA, which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the State of Maine, Cumberland County District Court, Portland, to the United States District Court for the District of Maine (Portland).

5. Counsel for Trans Union has telephonically confirmed with the Clerk's Office for the Portland District Court that they have no document or file suggesting any other Defendant has been served. As of the date of this Notice Of Removal, Trans Union has no information to suggest that any of the Defendants have been served.

6. Notice of this removal will promptly be filed with the State of Maine, Cumberland County District Court, Portland, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the State of Maine, Cumberland County District Court, Portland, to this United States District Court, District of Maine (Portland).

    Respectfully submitted,


    */s/Micah A. Smart*
    Micah A. Smart, Esq. (ME Bar No. 5771)
    Eaton Peabody
    P.O. Box 15235
    Portland, ME  04112
    Telephone:  (207) 274-5266
    E-Mail:  msmart@eatonpeabody.com

    *Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **5th day of January, 2024**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| None. | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **5th day of January, 2024**, properly addressed as follows:

| | |
|---|---|
| **Pro Se Plaintiff**<br>Lionel Nima Ngapey<br>246 Auburn Street, #139<br>Portland, ME  04103 | |

*/s/Micah A. Smart*
Micah A. Smart, Esq. (ME Bar No.5771)
Eaton Peabody
P.O. Box 15235
Portland, ME  04112
Telephone:  (207) 274-5266
E-Mail:  msmart@eatonpeabody.com

*Counsel for Defendant Trans Union, LLC*