# EXHIBIT D

# COMPLAINT

DR 12/18/2023 (00KC07) 5.167097.05004649

## Cumberland District Court

LIONEL NIMA NGAPEY (plaintiff)

V

CMG Mortgage Inc (defendant)

Resurgent Capital Services (defendant)

U.S Bank National Association d/b/a
   Elan Financial Services (defendant)

Cross River Bank (defendant)

Marlette Funding LLC d/b/a
      Best Egg (defendant)

Equifax Inc (defendant)

Experian inf. Solutions (defendant)

TransUnion (defendant)

## Complaint

① Now Comes plaintiff, Lionel Nima Ngapey (ProSe)
hereby alleges the following against
U.S Bank National Associations
d/b/a Elan Financial Services;
Cross River Bank;

Page 1 of 10

DR 12/18/2023 (00KC07) 6.167097.05004649

Marlette Funding LLC d/b/a Best Egg,
Equifax, Experian, and Transunion.

## Jurisdiction and Venue

② Plaintiff, Lionel Nima Ngapey (ProSe) is the resident of Cumberland County. The District Court of Cumberland County has subject matter jurisdiction over this action because plaintiff is currently residing in this County.

## Laws in Question

③

④ Violation of Section 1681s-2(b) of the Fair Credit Reporting Act, 15 U.S.C. and the Consumer Financial Protection Act (CFPA) Maine Tort Act, The Unfair trade practice Maine truth in lending, Federal and State Privacy Act.

②

DR 12/18/2023 (00KC07) 7.167097.05004649

# Factual Allegations

⑤ Defendant U.S National Association d/b/a Elan Financial Services and his partner Cport Credit Union failed to disclose to the plaintiff that U.S. National Association d/b/a Elan Financial Services was a Third party to plaintiff Credit agreement.

⑥ Defendant Elan Financial Services violated violated the FTC privacy law, The Maine truth in Lending Act, and the Unfair and deceptive trade practice.

⑦ Plaintiff is disputing the validity of $7,296.26 Credit Card debt that Elan Financial service has reported to Experian, Equifax, and Trans union in violation of the Fair Credit Reporting Act, and 15 U.S.C 1681.

⑧ Plaintiff is furthermore ~~voluntary~~ Suing U.S National Bank Association d/b/a Elan Financial Services in violation of the Maine truth in Lending Act.

③

DR 12/18/2023 (OOKC07) 8.167097.05004649

(9) Plaintiff had a good Credit Score at the time Elan Financial Services reported this unfair debt. Elan Financial does not have the right to restrict plaintiff credit Card and delete his online account

(10) Elan Financial Services has Caused plaintiff pain, emotional distress, financic hardship and has limited plaintiff purshasing power. Plaintiff dispute the restriction put on his Credit Card.

(11) Defendant Cross River Bank is not a Bank in the meaning of the United States Securities and Exchange Commission. Plaintiff is a victim of an identity theft and dispute the Validity of the loan signed under his name (~~illegible~~)

(12) Defendant Marlette Funding d/b/a Best Egg and Cross River Bank violated the Fair Credit repsrhy Act and FDCPA.

(4)

DR 12/18/2023 (00KC07) 9.167097.05004649

⑬ Defendants Marlette Funding d/b/a Best Egg and Cross River Bank caused significant emotional distress and hardship to plaintiff financial health.

⑭ Defendants Marlette Funding d/b/a Best Egg and Cross River Bank are multi recidivist offender of the S.E.C and F.T.C rules of privacy.

⑮ Defendant LVNV Funding LLC and Resurgent Capital Services do business together plaintiff dispute the violation of the FCRA and FDCPA by Resurgent Capital Services. Plaintiff has never signed any contract with Resurgent Capital Services. Plaintiff does not owe the debt Resurgent Capital Services is trying to collect.

⑯ Defendant Resurgent Capital Services is not licensed to conduct debt collections transactions in the State of Maine.

⑤

DR 12/18/2023 (00KC07) 10.167097.05004649

(17) Defendants U.S Bank National Association d/b/a Elan Financial Services; Cross River Bank; Marlette Funding d/b/a Best Egg have failed to comply with Maine Tort Act, Maine Unfair trade practice.

(18) Defendants U.S Bank National Association d/b/a Elan Financial Services; Cross River Bank; Marlette Funding LLC d/b/a Best Egg have Caused plaintiff severe emotional distress, anguish and prevented plaintiff from purchasing a house. (Exhibit)

(19) On January 2023, plaintiff applied for a home through CMG Mortgage Inc. Defendant CMG Mortgage Inc illegally denied plaintiff the right to home Financing, because plaintiff was on public assistance, and was already an owner of a property in Cumberland County. (CV. RE - 23 - 3)                    (6)

DR 12/18/2023 (00KC07) 11.167097.05004649

(20) Defendant CMG Mortgage Inc is a home loan officer in the meaning of the Equal Credit Oportunity Act (ECOA) plaintiff dispute the underwriting of CMG Mortgage Inc and the unlawful verification of his credit history. If plaintiff is facing eviction and homelessness at the moment, it is because CMG Mortgage Inc refused to take into consideration plaintiff's public assistance income, and race.

(21) Defendants Equifax, Experian and Transunion LLC conduct business together. Equifax Inc, Experian and TransUnion LLC charged plaintiff money Several time to access his free credit history.

(7)

DR 12/18/2023 (00KC07) 12.167097.05004649

(22) Defendants Equifax Inc, Experian, and Trans Union LLC violated the fair Credit Reporting Act, The Maine Unfair Trade and Deceptive Act, The FTC rule of Privacy.

(23) Defendants Equifax Inc, Experian, and Trans Union LLC have failed to investigate plaintiff's claim against The unfair report of U.S Bank National Association d/b/a Elan Financial Services, The invalid debt of 31,246.75 reporting by Cross River Bank, the same debt of 31,246.75 was sent to Collection by Cross River Bank in violation of the FCRA and FDCPA.

(24) These acts are unethical, oppressive unjust, unconscionable. They (action

(8)

DR 12/18/2023 (00KC07) 13.167097.05004649

(25) have caused plaintiff substantial economic griefs and injury to plaintiff Themselve

(26) All defendants have enriched by their unfair acts and practices alleged herein.

## Remedies (Relief)

WHEREFORE, plaintiff appearing ProSe on his behalf set forth herein prays for relief as follows:

a - A jury trial on all issues

b - An interim Injunction or judgemen proscribing, Defendant Experian Information Solutions Inc referred in this complaint as "Experian", Equifax, and TransUnion LLC from reporting a disputed debt from Cross River Bank, U.S Bank National Association, d/b/a Elan Financial Services.

⑨

DR 12/18/2023 (00KC07) 14.167097.05004649

c - Award an order proscribing Resurgent Capital Services from Contacting and reporting an invalid debt to plaintiff Credit report.

d - An interim Order proscribing Equifax Inc, Experian Informations Solutions, TransUnion LLC from reporting all debt disputed in this Complaint.

e - Award of Compensatory damages as ~~are the primary~~ form of relief for harm suffered. Punitive damages

f - All other remedies this Court deem necessary.

Lionel Nima Ngapey

Date: 12-5-2023

(Pro Se)

(10)

DR 12/18/2023 (OOKC07) 15.167097.05004649

Exhibit I

**CRA: Birchwood Credit Services Inc**
**CMG MORTGAGE INC**
**Your Credit Scores and the Price You Pay for Credit**

REPORT #:5018923

## Your Credit Score

| Your Credit Score | 662 | MODEL: EQUIFAX/FICO CLASSIC V5 FACTA |
|---|---|---|
| | SOURCE: EQUIFAX | DATE: 1/23/2023 |

FOR: LIONEL NIMA NGAPEY
246 AUBURN ST APT 139
PORTLAND, ME 04103

## Understanding Your Credit Score

| What you should know about your credit score | Your credit score is a number that reflects the information in your credit report.<br><br>Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors.<br><br>Your credit score can change, depending on how your credit history changes. |
|---|---|
| How we use your credit score | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| The range of scores | Scores range from a low of 334 to a high of 818.<br><br>Generally, the higher your score, the more likely you are to be offered better credit terms. |
| How your score compares to the scores of other consumers | Your credit score ranks higher than 27 percent of U.S. consumers. |
| Key Factors that adversely affected your credit score | • TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN<br>• LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED<br>• LEVEL OF DELINQUENCY ON ACCOUNTS<br>• TIME SINCE MOST RECENT ACCOUNT OPENING IS TOO SHORT<br>• NUMBER OF INQUIRIES ADVERSELY AFFECTED THE SCORE, BUT NOT SIGNIFICANTLY |

## Checking Your Credit Report

| What if there are mistakes in your credit report? | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the credit reporting agency.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate. |
|---|---|
| How can you obtain a copy of your credit report? | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br><br>To order your free annual credit report:<br><br>*By telephone:* Call toll-free: 1-877-322-8228<br>*On the web:* Visit www.annualcreditreport.com<br>*By mail:* Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to:<br><br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| How can you get more information? | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's website at www.consumerfinance.gov/learnmore. |

DR 12/18/2023 (00KC07) 16.167097.05004649


Financial Services

$Ex\,II$

P.O. Box 108
St. Louis, MO 63166-0108

20706  D

November 22, 2023

000013936 01 MB 0.561 106481893699571 P  Y
GENESIS COMMUNITY ADV
LIONEL N NGAPEY
246 AUBURN ST APT 139
PORTLAND ME  04103-2165

Account number ending with:  1558
Cardmember Name:  GENESIS COMMUNITY ADV / LIONEL N NGAPEY

Dear Cardmember:

Elan Financial Services received your cease and desist request.  Per your request, we have placed the above
referenced account in a cease and desist status prohibiting further telephone contact.  We will continue to
communicate in writing with regard to any right we may invoke under the contract.  Please be advised that your
request does not cancel the debt owed to Elan Financial Services and may hinder awareness of actions taken by
Elan Financial Services while the account is delinquent.  In addition, the account will continue to be reported to credit
reporting agencies.

If you wish to revoke this cease and desist request now or in the future, please do so in writing clearly authorizing
Elan Financial Services to resume communication.  Please mail or fax this revocation to the following address:

Elan Financial Services
P.O. Box 108
St. Louis, MO  63166-0108
Fax:  866-271-0708

At Elan Financial Services we are committed to responsive, respectful, and helpful customer service.  Should you
have any further questions, please call us at the number below.

Sincerely,

Elan Financial Services
1-866-234-4750

Our hours of operation are: Mon - Fri: 8:00 a.m. - 5:00 p.m. CT

We accept relay calls.

 The creditor and issuer is Elan Financial Services.

DR 12/18/2023 (00KC07) 17.167097.05004649

**elan**
Financial Services

P.O. Box 108
St. Louis, MO 63166-0108

20541  D

 Ex III

November 24, 2023

000046340 01 MB 0.561 106481894507586 P Y
LIONEL NIMA NGAPEY
246 AUBURN ST APT 139
PORTLAND ME 04103-2165

Account number ending with: 9211
Balance:  $7,646.73

Dear LIONEL NIMA NGAPEY:

Your credit card account is seriously overdue, but it's not too late to get help. Call us today at 1-800-236-4177 to find out about all your options. We have several special programs, but you must contact us, so we can work with you to find a solution that works for you.

CALL 1-800-236-4177
TO SEE HOW WE CAN HELP

Please call us today at 1-800-236-4177 to discuss your situation or visit us online at myaccountaccess.com/ltrpay to see if you qualify for one of our limited-time special payment relief options. You could lower your monthly payment, or interest rate, but you have to call.

We have a special team of associates that have been specially trained to quickly identify the right solution for your specific financial situation so don't put this off any longer.

Sincerely,

Elan Financial Services
1-800-236-4177

Our hours of operation are: Mon - Fri: 7:00 a.m. - 9:00 p.m. CT, Sat: 7:00 a.m. - 5:00 p.m. CT

**Mailed Payments should be sent to:** P.O. Box 790408, St. Louis, MO 63179-0408

We accept relay calls.

 The creditor and issuer is Elan Financial Services.

DR 12/18/2023 (00KC07) 18.167097.05004649



★cPort
CREDIT UNION

*E×IV*



**November 2023 Statement**                                                  Page 1 of 3
Open Date: 10/24/2023 Closing Date: 11/24/2023          Account: 4037 6606 3517 9211
**Visa® Platinum Card**                          Elan Financial        ☎ 1-800-558-3424
                                                 Services
LIONEL NIMA NGAPEY                               BNK  10  ELN        8          15

| New Balance | $7,646.73 |
|---|---|
| **Minimum Payment Due** | **$1,075.00** |
| **Payment Due Date** | **12/22/2023** |

Late Payment Warning: If we do not receive your
minimum payment by the date listed above, you may have
to pay up to a $41.00 Late Fee.

Minimum Payment Warning: If you make only the minimum
payment each period, you will pay more in interest and it will
take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 years | $15,406 |
| $276 | 3 years | $9,950 (Savings=$5,456) |

If you would like information about credit counseling services,
call  866-951-1391.

| Activity Summary | | |
|---|---|---|
| Previous Balance | + | $7,487.58 |
| Payments | | $0.00 |
| Other Credits | | $0.00 |
| Purchases | | $0.00 |
| Balance Transfers | | $0.00 |
| Advances | | $0.00 |
| Other Debits | | $0.00 |
| Fees Charged | + | $41.00 |
| Interest Charged | + | $118.15 |
| **New Balance** | **=** | **$7,646.73** |
| **Past Due** | | **$840.00** |
| **Minimum Payment Due** | | **$1,075.00** |
| Credit Line | | $17,400.00 |
| Available Credit | | None |
| Days in Billing Period | | 32 |

---

**Payment Options:**

 Mail payment coupon
with a check

 Pay online at
myaccountaccess.com

☎ Pay by phone
1-800-558-3424

*Please detach and send coupon with check payable to: Elan Financial Services*

★cPort
CREDIT UNION

24-Hour Elan Financial Services: 1-800-558-3424

☎ . to pay by phone
   . to change your address

000009138 01  SP       000638602265059 P  Y

LIONEL NIMA NGAPEY
246 AUBURN ST APT 139
PORTLAND ME 04103-2165




0040376606351792110001075000007646738

| Account Number | 4037 6606 3517 9211 |
|---|---|
| Payment Due Date | 12/22/2023 |
| New Balance | $7,646.73 |
| Minimum Payment Due | $1,075.00 |

Amount Enclosed        $_____

**Elan Financial Services**

P.O. Box 790408
St. Louis, MO  63179-0408

DR 12/18/2023 (00KC07) 19.167097.05004649



*cPort
CREDIT UNION

EX I

**November 2023 Statement**   10/24/2023 - 11/24/2023

LIONEL NIMA NGAPEY

Page 3 of 3

Elan Financial Services    1-800-558-3424

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

**APR for current and future transactions.

| Balance Type | Balance By Type | Balance Subject to Interest Rate | Variable | Interest Charge | Annual Percentage Rate | Expires with Statement |
|---|---|---|---|---|---|---|
| **BALANCE TRANSFER | $0.00 | $0.00 | YES | $0.00 | 17.99% | |
| **PURCHASES | $7,646.73 | $7,491.42 | YES | $118.15 | 17.99% | |
| **ADVANCES | $0.00 | $0.00 | YES | $0.00 | 17.99% | |

## Contact Us

**( Phone**

Voice:  1-800-558-3424
TDD:   1-888-352-6455
Fax:    1-866-616-1750

**(?) Questions**

Elan Financial Services
P.O. Box 6354
Fargo, ND  58125-6354

**Mail payment coupon with a check**

Elan Financial Services
P.O. Box 790408
St. Louis, MO  63179-0408

**Online**

myaccountaccess.com

*End of Statement*

DR 12/18/2023 (00KC07) 20.167097.05004649

Lionel Nima Ngapey
246 Auburn St #139
Portland ME 84103



FOREVER / USA

DR 12/18/2023 (00KC07) 20.167097.05004649

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT





