### UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | |
|---|---|
| LIONEL NIMA NGAPEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 2:24-cv-00004-NT |
| | ) |
| CMG MORTGAGE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER AFFIRMING THE RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On July 31, 2024, the United States Magistrate Judge filed with the Court, with copies to the parties, her Recommended Decision (ECF No. 47) on the following: (1) five separate motions to dismiss the Plaintiff's complaint filed by Defendants CMG Mortgage, Inc. (ECF No. 12), Trans Union LLC (ECF No. 22), U.S. Bank National Association d/b/a Elan Financial Services (ECF No. 23), Resurgent Capital Services L.P. and LVNV Funding LLC (ECF No. 24), and Experian Information Solutions, Inc. (ECF No. 34); (2) the Plaintiff's motion to amend his complaint (ECF No. 32); and (3) the Plaintiffs' attempts to serve his proposed amended complaint (ECF No. 36) on Defendants Cross River Bank, Equifax Inc., and Marlette Funding, LLC d/b/a Best Egg (ECF No. 44).

The Magistrate Judge notified the parties that failure to object to the Recommended Decision would waive their right to *de novo* review and appeal. No party objected by the August 15, 2024 deadline. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Plaintiff's

motion to amend his complaint (ECF No. 32) is **DENIED**. The Plaintiff's claims against Cross River Bank, Equifax Inc., and Marlette Funding, LLC d/b/a Best Egg are **DISMISSED** for insufficient service of process and futility. The Defendants' motions to dismiss the Plaintiff's Complaint (ECF Nos. 12, 22, 23, 24 & 34) are **GRANTED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 27th day of August, 2024.